DAVIS v. WEISBERGER. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Adolph Davis against Morris Weisberger. No opinion. Motion granted, with $10 costs. Order filed.

DAY v. DAY. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Harry L. Day against Nancy J. Day.

PER CURIAM. Order affirmed, without costs. See 106 N. Y. Supp. 843.

HOOKER, J., votes to modify, so as to make alimony payable from commencement of the action.

DEARMAN, Respondent, v. FROSSARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Mary Dearman against Anna A. Frossard, individually and as sole executrix, etc., of Sarah A. Dearman, deceased, and another.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, P. J., not voting.

DEUKER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Ernest Deuker, as administrator, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

DICKINSON, Respondent, v. PLATT, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Georgia B. Dickinson, as administratrix, etc., against Thomas C. Platt, as president, etc.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents on the ground that the plaintiff's intestate was not shown to have been free from contributory negligence, for the reasons stated in the opinion of Mr. Justice NASH upon the former appeal in this case, reported at 116 App. Div. 651, 101 N. Y. Supp. 956.

DI PONZIO, Appellant, v. BIANCHI, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Rocco Di Ponzio, by guardian, etc., against Nicola Bianchi, by guardian, etc. No opinion. Order affirmed with $10 costs and disbursements.

DOYLE, Respondent, v. WELSH, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Michael Doyle against Nicholas Welsh. No opinion. Judgment and order of the County Court of Orange county unanimously affirmed, with costs.

DRAKE et al., Respondents, v. LA CHICOTTE et al., Appellants. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by John A. Drake and another against Walter B. La Chicotte and another. J. Q. Cohen, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DRAPER v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Sarah A. Draper against the Interborough Rapid Transit Company. No opinion. Motion denied, with $10 costs. Order filed.

DRESS, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Caroline Dress against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

DRISCOLL, Respondent, v. CARROLL, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by George F. Driscoll against James Carroll as trustee, etc. No opinion. Motion denied, provided the appellant pay $10 costs and perfect the appeal within 10 days; otherwise, motion granted, with $10 costs.

DUCKWORTH, Respondent, v. DRIVER, Appellant. (Supreme Court, Appellate Division, Second Department. December 23. 1907.) Action by Walter F. Duckworth against William S. Driver. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

In re EAST 178th ST. (Supreme Court, Appellate Division, First Department. January 17, 1908.) In the matter of the opening of East 178th street. No opinion. Motion denied, on payment of $10 costs, and on condition that appellant be ready for February term. Order filed.

ECKERSON, Respondent, v. PLATT, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Margaret Eckerson against Thomas C. Platt, as president of the United States Express Company. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

EDELSTEIN et al., Respondents, v. ELIAS, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Henry Edelstein and another against Wolf Elias. No opinion. Judgment affirmed, with costs.